City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. Martin Porter, Defendant-Appellant.

Gen. No. 48,008.

First District, First Division.

July 1, 1960.

Rehearing denied July 18, 1960.

Huggins and Huggins, of Chicago (Macon H. Huggins, of counsel) for appellant; John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin, Assistant Corporation Counsel, and Robert J. Collins, Special Assistant Corporation Counsel, of counsel) for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.